# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Moberly, Robyn L. | U.S. Bankruptcy Court for the Southern District of Indiana | 10/17/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge- Active | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☑ Amended Report | 01/01/2017 to 12/31/2017 |

**7. Chambers or Office Address**

317 Birch Bayh Federal Building and Federal Courthouse
46 East Ohio Street
Indianapolis, Indiana 46204

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | Indiana University McKinney School of Law Alumni Association |
| 2. | Board Member | Indianapolis Bar Association |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moberly, Robyn L. | 10/17/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2017 | Indiana State Judiciary Vested Pension | $74,063.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | Whitham Hebenstreit and Zubek, attorneys at law |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moberly, Robyn L. | 10/17/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐    NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Pacers | Disney on Ice Tickets (4) | $400.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑    NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moberly, Robyn L. | 10/17/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AT&T stock | D | Dividend | M | T | | | | | |
| 2. American Electric Power | A | Dividend | J | T | | | | | |
| 3. Wells Fargo & Co | C | Dividend | | | Sold (part) | 05/25/17 | K | C | |
| 4. | | | | | Sold | 10/04/17 | L | F | |
| 5. Verizon | A | Dividend | J | T | Sold (part) | 05/25/17 | J | | |
| 6. Moberly Investments LLC | E | Royalty | L | U | | | | | |
| 7. Coca Cola Co. | B | Dividend | K | T | Buy (add'l) | 05/31/17 | J | | |
| 8. Eli Lilly Co. | A | Dividend | K | T | | | | | |
| 9. IBM | B | Dividend | L | T | | | | | |
| 10. Kimberly Clark | A | Dividend | K | T | | | | | |
| 11. Merck | B | Dividend | K | T | | | | | |
| 12. Chevron | D | Dividend | M | T | | | | | |
| 13. Exxon Mobil | C | Dividend | K | T | Sold (part) | 05/25/17 | L | | |
| 14. GE | B | Dividend | | | Sold | 10/04/17 | K | | |
| 15. Public Storage (REIT) | B | Distribution | L | T | | | | | |
| 16. Value Line Larger Companies Fund | A | Dividend | L | T | | | | | |
| 17. Merrill Lynch Bank Deposit | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moberly, Robyn L. | 10/17/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. DTE Energy Corp. | A | Dividend | | | Sold | 05/25/17 | J | B | |
| 19. Southern Company | A | Dividend | | | Sold | 05/25/17 | J | A | |
| 20. Cert of Deposit American Express Bank Salt Lake City UT municipal bond | A | Interest | K | T | | | | | |
| 21. Bank of America Corp | A | Dividend | | | Sold | 10/04/17 | K | D | |
| 22. Cisco Systems Inc | A | Dividend | J | T | | | | | |
| 23. Citigroup, Inc. | A | Dividend | | | Sold | 05/25/17 | J | A | |
| 24. CNO Financial Group, Inc. | A | Dividend | | | Sold | 05/25/17 | J | A | |
| 25. Southwest Airlines | A | Dividend | J | T | | | | | |
| 26. Travelers Co. | A | Dividend | | | Sold | 05/25/17 | J | A | |
| 27. Vodafone Group PLC | A | Dividend | | | Sold | 05/25/17 | J | A | |
| 28. AllianceBernstein Global Thematic Growth Fund | A | Dividend | J | T | | | | | |
| 29. Nuveen Investment Quality Municipal Fund | A | Dividend | J | T | | | | | |
| 30. Express Scripts Holding Co | A | Dividend | J | T | | | | | |
| 31. JP Morgan Chase & Co. | C | Dividend | | | Sold (part) | 05/25/17 | K | D | |
| 32. | | | | | Sold | 10/04/17 | M | E | |
| 33. American Growth Fund | A | Int./Div. | L | T | | | | | |
| 34. American Capital | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moberly, Robyn L. | 10/17/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. American Capital World Growth & Income | A | Int./Div. | K | T | | | | | |
| 36. Clearbridge Aggressive Growth | A | Dividend | K | T | | | | | |
| 37. CD- Synchrony BK FKA GE | A | Int./Div. | J | T | | | | | |
| 38. CD-Synchrony BK FKA GE | A | Interest | | | Matured | 06/19/17 | J | D | |
| 39. American Airlines Group | A | Dividend | | | Sold | 05/25/17 | K | D | |
| 40. General Motors Common shares | A | Dividend | | | Sold | 05/25/17 | J | | |
| 41. Oppenheimer Funds- Rising Dividend Fund A | A | Dividend | J | T | | | | | |
| 42. Oppenheimer Funds- Equity Fund A | A | Dividend | K | T | | | | | |
| 43. Oppenheimer Funds- Capital Appreciation Fund A | A | Dividend | J | T | | | | | |
| 44. Oppenheimer Funds-International Growth Fund A | A | Dividend | J | T | | | | | |
| 45. Apple, Inc. | B | Dividend | L | T | | | | | |
| 46. Regions Banks Checking and savings | A | Interest | J | T | | | | | |
| 47. BMO Harris Bank (Y) | | | | | | | | | |
| 48. Alphabet Inc | | None | M | T | | | | | |
| 49. Cert Deposit Citi Bank | A | Interest | K | T | | | | | |
| 50. Cert Deposit American Express (Y) | | | | | | | | | |
| 51. Blackrock Large Cap Value Retirement K (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moberly, Robyn L. | 10/17/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. PIMCO Total Return Inst'l (Y) | | | | | | | | | |
| 53. Automatic Data Processing | A | Dividend | J | T | Buy | 05/25/17 | J | | |
| 54. Emerson Electric | A | Dividend | J | T | Buy | 05/31/17 | J | | |
| 55. Honeywell | A | Dividend | J | T | Buy | 05/31/17 | J | | |
| 56. Johnson & Johnson | A | Dividend | J | T | Buy | 05/31/17 | J | | |
| 57. Microsoft | A | Dividend | J | T | Buy | 05/31/17 | J | | |
| 58. Proctor & Gamble | A | Dividend | J | T | Buy | 05/31/17 | J | | |
| 59. Qualcomm Inc. | A | Dividend | J | T | Buy | 05/31/17 | J | | |
| 60. Raytheon | A | Dividend | J | T | Buy | 05/31/17 | J | | |
| 61. Target Corp. | A | Dividend | J | T | Buy | 05/31/17 | J | | |
| 62. Texas Instruments | A | Dividend | J | T | Buy | 05/31/17 | J | | |
| 63. Union Pacific | A | Dividend | J | T | Buy | 05/31/17 | J | | |
| 64. United Technologies | A | Dividend | J | T | Buy | 05/31/17 | J | | |
| 65. Walmart Stores, Inc. | A | Dividend | J | T | Buy | 05/25/17 | J | | |
| 66. 3M Company | A | Dividend | J | T | Buy | 05/25/17 | J | | |
| 67. American FdAmCap Fund | A | Dividend | K | T | Buy | 11/01/17 | K | | |
| 68. Diamond Hill Small Cap | A | Dividend | K | T | Buy | 11/01/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moberly, Robyn L. | 10/17/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Dodge & Cox Stock Fund | A | Dividend | L | T | Buy | 11/01/17 | L | | |
| 70. Hartford Small Cap Growth Fund | A | Dividend | K | T | Buy | 11/01/17 | K | | |
| 71. Primecap Odyssey Growth Fund | A | Dividend | K | T | Buy | 11/01/17 | K | | |
| 72. T Rowe Price MidCap Growth Fund | A | Dividend | K | T | Buy | 11/01/17 | K | | |
| 73. T Rowe Price Mid Cap Value Fund | A | Dividend | K | T | Buy | 11/01/17 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moberly, Robyn L. | 10/17/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, line 50, is a duplicate of line 20. I have always only owned 1 American Express CD, not 2.

Part VII, line 51 and 52 (PIMCO and Blackrock) were held in my Indiana state judicial retirement account. They have been rolled over to my federal TSP and do not need to be listed here.

Part VII: Any stock sales where I have not noted a gain were sold at a loss.

Part VII, line 48: Alphabet does not ever pay dividends. This entry is not an error.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Robyn L. Moberly**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544